# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.:   CV 17-04979-R (MRWx)                    DATE: September 26, 2017

TITLE:   United African-Asian Abilitites Club et al v. Madrid Investments, LLC et al.

================================================================
PRESENT:   **HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE**

**Ingrid Valdes**                                          **N/A**
Deputy Clerk                                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANT:

   Not present                                     Not present

**PROCEEDINGS**:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) is ordered to show cause in writing no later than October 3, 2017 why this action should not be dismissed for lack of prosecution. The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

   - Plaintiff's request for entry of default as to the defendant. In the event both documents are filed before the above date,  the answer will take precedence.

   - Answer by the defendant(s) or responsive pleading

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order will result in the dismissal of the action.

**MINUTES FORM II**                                  Initials of Deputy Clerk__IV__
**CIVIL - GEN**